1

I HEREBY CERTIFY THAT THIS DOCUMENT WAS SERVED BY
FIRST CLASS MAIL POSTAGE PREPAID, TO ~~ALL COUNSEL~~ Petitioner
~~(OR PARTIES)~~ AT THEIR RESPECTIVE MOST RECENT ADDRESS OF
RECORD IN THIS ACTION ON THIS DATE.

DATED: 5·31·12

DEPUTY CLERK

**JS-6 / ENTERED**

FILED · SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

**MAY 3 1 2012**

CENTRAL DISTRICT OF CALIFORNIA
BY                              DEPUTY

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

DURRELL ANTHONY PUCKETT,

              Petitioner,

    vs.

CONNIE GIPSON, Warden,

              Respondent.

) Case No. CV 12-4436-JST (JPR)
)
)
)
)   **J U D G M E N T**
)
)
)
)
)
)
)

    Pursuant to the Order Summarily Dismissing Petition for Writ
of Habeas Corpus for Lack of Subject Matter Jurisdiction,

    IT IS HEREBY ADJUDGED that this action is dismissed.

DATED: 5.30.2012

JOSEPHINE STATON TUCKER
U.S. DISTRICT JUDGE

ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

**MAY 3 1 2012**

CENTRAL DISTRICT OF CALIFORNIA
BY                              DEPUTY